IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV320

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian Corporation, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>ECUSTA BUSINESS DEVELOPMENT )<br>CENTER, LLC, )<br>)<br>Defendant. )<br>) | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on an Order of Transfer from the United States District Court for the District of New Jersey.

On December 2, 2005, the Clerk of Court for the United States District Court for the District of New Jersey entered default against the Defendant Ecusta Business Development Center, LLC. On September 19, 2006, United States District Court Judge Stanley R. Chesler granted the Plaintiff's motion to transfer venue and the case was transferred to this District.

The Court finds that the Plaintiff has moved for default judgment in a sum certain and has provided proof that default is appropriate.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for default judgment is **ALLOWED** and that the Plaintiff have and recover from the Defendant the sum of **THREE HUNDRED TWENTY-NINE THOUSAND, ONE HUNDRED EIGHTY-SEVEN DOLLARS AND EIGHTY-FOUR CENTS ($329,187.84)**, with interest thereon until paid in full.

Signed: February 17, 2007

Lacy H. Thornburg
United States District Judge